IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02614–WJM–KMT


EDWIN BARNES,

     Plaintiff,

v.

DOCTOR CRUMB, individual and official capacities,
DOCTOR STOB, individual and official capacities, and
HEAD NURSE RODGERS, individual and official capacities,

     Defendants.

---

### APPOINTMENT ORDER

---

In accordance with Part III.C. of the U.S. District Court's ***Pilot Program to Implement A***

***Civil Pro Bono Panel***, the Court hereby determines that Plaintiff Edwin Barnes merits

appointment of counsel drawn from the Civil Pro Bono Panel.  The Court is satisfied that the

following factors and considerations have been met:

     (1) the nature and complexity of the action;

     (2) the potential merit of the pro se party's claims;

     (3) the demonstrated inability of the pro se party to retain counsel by other means; and

     (4) the degree to which the interests of justice will be served by appointment of counsel,

including the benefit the Court may derive from the assistance of the appointed counsel.

2

Accordingly, it is ORDERED that the Clerk shall select, notify, and appoint counsel to represent the pro se litigant in this civil matter.  Plaintiff is advised that there is no guarantee that Panel members will undertake representation in every case selected as part of the Pilot Program. Plaintiff is further cautioned that, until appointed counsel enters an appearance, he is responsible for all scheduled matters, including hearings, depositions, motions, and trial.

Dated this 24th day March, 2014.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge