IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-02614-WJM-KMT | Date: | September 16, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*   *Counsel:*

EDWIN BARNES,   Luke McConnell

   Plaintiff,

v.

DOCTOR CRUMB, individual and official capacities,   Patrick Singer
DOCTOR STOB, individual and official capacities, and
HEAD NURSE RODGERS, individual and official
capacities,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:30 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Discussion and argument regarding Mr. McConnell's letter to Dr. Hipskind.

Court will review the letter *in camera* and reconvene after its review.

**1:46 p.m.**     **Court in recess.**
**2:08 p.m.**     **Court in session.**

Court notifies counsel that there is attorney work product privilege in the letter and reviews the letter with counsel. Court has highlighted in yellow those parts of the letter that are protected as attorney work product and which may be redacted.

**ORDERED:   Plaintiff's counsel shall create a redacted version of the letter in question and provide to Defendant forthwith.**

**ORDERED:** The Clerk of the Court is directed to file the letter under Restricted – Level 3.

**ORDERED:** Defendants' Motion to Compel Documents Considered By Plaintiff's Expert Gregory Hipskind, M.D., Ph.D. [59] is GRANTED IN PART, consistent with the Court's review of the document in question.

**2:18 p.m.    Court in recess.**

Hearing concluded.
Total in-court time    00:26

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.